1  Peter J. Engstrom, State Bar No. 121529
    peter.j.engstrom@bakernet.com
2  Irene V. Gutierrez, State Bar No. 252927
    irene.v.gutierrez@bakernet.com
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:   +1 415 576 3099

6  Attorneys for Plaintiff
   BIG LAGOON RANCHERIA

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

| 12 | BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe, | Case No.  CV-09-1471-CW |
|---|---|---|
| 13 |  | [~~PROPOSED~~] ORDER CONTINUING HEARING DATE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS |
| 14 | Plaintiff, |  |
| 15 | v. |  |
| 16 | STATE OF CALIFORNIA, | Original Date:   June 18, 2009 |
| 17 | Defendant. | New Date:        June 25, 2009<br>Time:             2:00 p.m.<br>Courtroom:        2, Fourth Floor<br>Judge:            The Honorable Claudia Wilken |
| 18 |  |  |
| 19 |  |  |
| 20 |  | [Briefing schedule to remain unchanged] |
| 21 |  | [Local Rule 7-7] |

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6577285.1

Case No. CV 09-1471 CW
ORDER CONTINUING HRG DATE ON DEF'S MOTION FOR JUDGMT ON THE PLEADINGS

1   PURSUANT TO STIPULATION OF THE PARTIES, it is hereby ordered that the hearing
2   on the State's motion for judgment on the pleadings currently set for June 18, 2009 shall be
3   continued to June 25, 2009 at 2:00 p.m.  The briefing schedule shall remain unchanged.

Dated:  5/29/09

_____
The Honorable Claudia Wilken
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6577285.1

1

Case No. CV 09-1471 CW
ORDER CONTINUING HRG DATE ON DEF'S MOTION FOR JUDGMT ON THE PLEADINGS