| | |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | SARA J. DRAKE<br>Supervising Deputy Attorney General |
| 3 | PETER H. KAUFMAN<br>Deputy Attorney General |
| 4 | State Bar No. 52038<br> 110 West A Street, Suite 1100 |
| 5 |  San Diego, CA 92101<br> P.O. Box 85266 |
| 6 |  San Diego, CA 92186-5266<br> Telephone:  (619) 645-2020 |
| 7 |  Fax:  (619) 645-2012<br> E-mail:  peter.kaufman@doj.ca.gov |
| 8 | *Attorneys for Defendant State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant. | CV 09-1471 CW<br><br>**ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>Original Date: August 4, 2009<br>Date:             August 11, 2009<br>Time:            2:00 p.m.<br>Courtroom:   2, Fourth Floor<br>Judge            The Hon. Claudia Wilken |

PURSUANT TO STIPULATION OF THE PARTIES, it is hereby ordered that the case management conference currently set for August 4, 2009, shall be continued to August 11, 2009 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated:  7/14/09

_____
The Honorable Claudia Wilken
United States District Judge

SA2009309375
80358577.doc

1

**[PROPOSED] ORDER CONTINUING HEARING DATE FOR CASE MANAGEMENT CONFERENCE**  (CV 09-1471 CW)