Peter J. Engstrom, State Bar No. 121529
 peter.j.engstrom@bakernet.com
Irene V. Gutierrez, State Bar No. 252927
 irene.v.gutierrez@bakernet.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Plaintiff
BIG LAGOON RANCHERIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA,<br><br>          Defendant. | **Case No. CV-09-1471-CW**<br><br>**STIPULATION AND ORDER CONTINUING FACT DISCOVERY COMPLETION DEADLINE**<br><br>**Original Date for Completion of Fact Discovery:    January 29, 2010**<br>**New Proposed Date:  February 26, 2010**<br><br>**Courtroom:    2, Fourth Floor**<br>**Judge:         The Honorable Claudia Wilken**<br><br>**[All Other Minute Order and Case Management Order Dates To Remain Unchanged]**<br><br>**[Local Rule 16 (d) and (e)]** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6589764.1

Case No. CV 09-1471 CW
STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY DEADLINE

1     WHEREAS, there is currently a Minute Order and Case Management Order dated August 19, 2009 ("Case Management Order"), setting out a deadline for the completion of the Fact Discovery ("Discovery Deadline") of January 29, 2010; and

    WHEREAS, counsel for plaintiff Big Lagoon Rancheria ("Big Lagoon") and counsel for defendant State of California ("State") agree that they need additional time to complete the Discovery in the case;

    WHEREAS, counsel for Big Lagoon and the State have agreed to continue the Discovery Deadline to February 26, 2010, pending the Court's approval;

    WHEREAS, counsel for Big Lagoon and the State agree that all the remaining court dates set out in the Case Management Order shall remain unchanged;

    WHEREFORE, Big Lagoon and the State respectfully request that the completion of the Fact Discovery currently set for January 29, 2010 be continued to February 26, 2010, pending the Court's approval, with all the other court dates set out in the Case Management Order remaining unchanged.

**IT IS SO STIPULATED AND AGREED UPON.**

Dated: December 8, 2009      Peter J. Engstrom
     Irene V. Gutierrez
     **BAKER & McKENZIE LLP**

By:  /S/
     Peter J. Engstrom
Attorneys for Plaintiff
BIG LAGOON RANCHERIA

Dated: December 8, 2009      Randall A. Pinal
     **OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA**

By:  /S/
     Randall A. Pinal
Deputy Attorney General
Attorneys for Defendant
STATE OF CALIFORNIA

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6589764.1

1

Case No. CV 09-1471 CW
STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY DEADLINE

# ORDER

### Big Lagoon Rancheria v. State of California
### Case No.  CV-09-1471-CW

The Court, having reviewed the Stipulation between Plaintiff Big Lagoon Rancheria and Defendant the State of California regarding continuing the deadline for the completion of Fact Discovery in the case, and finding good cause, **ORDERS** the following:

The deadline for the completion of Fact Discovery in the case shall be continued from January 29, 2010 to **February 26, 2010;** and

All the remaining court deadlines set out in the Minute Order and Case Management Order dated August 19, 2009 shall remain unchanged.

**IT IS SO ORDERED.**

**12/21/09**
Date: _____    _____

**Judge of the United States District Court**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6589764.1

1

Case No. CV 09-1471 CW
STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY DEADLINE