**Baker & McKenzie**

Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802, USA

Tel: +1 415 576 3000
Fax: +1 415 576 3099
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

February 8, 2010

The Honorable Joseph C. Spero
Magistrate Judge of the
  United States District Court for the
  Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA  94102

Peter J. Engstrom
Tel: +1 415 576 3025
peter.j.engstrom@bakernet.com

**Via Electronic Filing**

RE:   **Big Lagoon Rancheria v. State of California
      (U.S.D.C., N.D. Cal., Case No. C-09-01471-CW (JCS)
      Request for Telephonic Appearance at Hearing of February 26, 2010**

Your Honor,

In reference to the above-captioned case, this letter is to respectfully request permission of the Court to make a telephonic appearance at the hearing, set for **Friday, February 26, 2010 at 9:30 a.m.** before Your Honor.  The hearing pertains to Defendant the State of California's Motion for Protective Order.  The reason for my telephonic appearance is that I will be out of the country on the date of the hearing, attending a long-planned firm meeting, which has been scheduled for many months.  My associate, Irene V. Gutierrez, will be in attendance in person at the hearing.

This letter will also confirm that my office will work out the logistical details of the telephonic appearance with your courtroom deputy, Karen Hom.

Thank you for your consideration of this request.

Very truly yours,

/s/

Peter J. Engstrom

PJE/cvs

cc:   Randall A. Pinal, Esq., Counsel for Defendant The State of California
      [Via Electronic Filing]

SFODMS/6593504.1

Dated: Feb. 9, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.