IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant. | Case No. CV 09-1471 CW (JCS)<br><br>[~~PROPOSED~~] **ORDER TO HEAR ON SHORTENED TIME DEFENDANT'S MOTION TO CONTINUE FACT DISCOVERY COMPLETION DATE** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing on Defendant State of California's (State) Motion to Continue Fact Discovery Completion Date (Doc. 48), originally scheduled to be heard before Judge Claudia Wilken at 2 p.m. on April 8, 2010, shall be heard before Magistrate Judge Joseph C. Spero at 9:30 p.m. on March ~~12~~ 17, 2010. Plaintiff Big Lagoon Rancheria shall file its opposition on or before March 5, 2010, and the State shall file its reply on or before March 10, 2010.

**IT IS SO ORDERED.**

Dated: _03/04/10_____

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

The Honorable Joseph C. Spero

1