IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA,**<br><br>Defendant. | Case No. CV 09-1471 CW (JCS)<br><br>**ORDER TO CONTINUE DISPOSITIVE MOTION FILING AND HEARING DATES** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the case-dispositive motion filing and hearing dates established in the Minute Order and Case Management Order filed on August 19, 2009 (Doc. 30), as revised by Magistrate Judge Joseph C. Spero at a hearing on March 17, 2010 (Doc. 60), are reset as follows: Plaintiff Big Lagoon Rancheria's (Big Lagoon) dispositive motion is due by June 17, 2010; Defendant State of California's (State) opposition and any cross-motion is due by July 1, 2010; Big Lagoon's reply/cross-opposition to the State's motion is due by July 15, 2010; the State's surreply is due by July 22, 2010; and the

1  matter is set to be heard at 2 p.m. on August 12, 2010.  The Court will conduct a case
2  management conference on August 12, 2010, whether or not dispositive motions are filed.
3  **IT IS SO ORDERED.**
4
5  Dated:  3/25/2010

_____
The Honorable Claudia Wilken