IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. CV 09-1471 CW (JCS)<br><br>[PROPOSED] ORDER CHANGING TIME FOR DEFENDANT TO FILE REPLY |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendant State of California's reply to Plaintiff Big Lagoon Rancheria's opposition to the State's Motion to Stay the Court's November 22, 2010 Order Pending Appeal shall be filed on or before January 7, 2011. **The motion will be decided on the papers.**

IT IS SO ORDERED.

Dated: __12/15/2010_____          *[signature]*
                                         The Honorable Claudia Wilken

1

# CERTIFICATE OF SERVICE

Case Name: **Big Lagoon Rancheria v. State of California**   No.   CV 09-1471 CW (JCS)

I hereby certify that on December 10, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER CHANGING TIME FOR DEFENDANT TO FILE REPLY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 10, 2010, at San Diego, California.

G. Nolan
Declarant

Signature

70401282.doc