Peter J. Engstrom, State Bar No. 121529
peter.engstrom@bakermckenzie.com
Bruce H. Jackson, State Bar No. 98118
bruce.jackson@bakermckenzie.com
Irene V. Gutierrez, State Bar No. 252927
irene.gutierrez@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Plaintiff
BIG LAGOON RANCHERIA

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
RANDALL A. PINAL, State Bar No. 192199
Deputy Attorney General
 randy.pinal@doj.ca.gov
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: +1 619 645 3075
Facsimile    +1 619 645 2012

Attorneys for Defendant
STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | **Case No.  CV-09-1471-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Date of CMC:   October 25, 2011<br><br>New Requested Date of CMC:<br>                       November 15, 2011<br>Time:             2:00 p.m.<br>Courtroom:    2<br>Judge:           The Honorable<br>                      Claudia Wilken |

SFODMS/6632356.1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. CV 09-1471 CW
STIP AND ORDER CONTINUING CMC

| | |
|---|---|
| 1 | WHEREAS, there is currently scheduled a case management conference in this matter for |
| 2 | October 25, 2011 at 2:00 p.m.; and |
| 3 | WHEREAS, counsel for plaintiff Big Lagoon Rancheria ("Big Lagoon") will be out of the |
| 4 | country the week of October 24, 2011 for firm meetings; and |
| 5 | WHEREAS, counsel for Big Lagoon and the defendant State of California agree and |
| 6 | respectfully request that the case management conference currently set for October 25, 2011 be |
| 7 | continued to November 15, 2011 at 2:00 p.m., pending the Court's approval. |
| 8 | IT IS SO STIPULATED. |

Dated: September 19, 2011

Respectfully submitted,

Peter J. Engstrom
Bruce H. Jackson
Irene V. Gutierrez
**BAKER & McKENZIE LLP**

By: _____
    Peter J. Engstrom
Attorneys for Plaintiff
BIG LAGOON RANCHERIA

Dated: September ___, 2011

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
RANDALL A. PINAL
Deputy Attorney General

By: _____
    Randall A. Pinal
Attorneys for Defendant
STATE OF CALIFORNIA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Claudia Wilken
United States District Judge

SFODMS/6632356.1                                1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. CV 09-1471 CW
STIP AND ORDER CONTINUING CMC

WHEREAS, there is currently scheduled a case management conference in this matter for October 25, 2011 at 2:00 p.m.; and

WHEREAS, counsel for plaintiff Big Lagoon Rancheria ("Big Lagoon") will be out of the country the week of October 24, 2011 for firm meetings; and

WHEREAS, counsel for Big Lagoon and the defendant State of California agree and respectfully request that the case management conference currently set for October 25, 2011 be continued to November 15, 2011 at 2:00 p.m., pending the Court's approval.

IT IS SO STIPULATED.

Dated: September 19, 2011

Respectfully submitted,

Peter J. Engstrom
Bruce H. Jackson
Irene V. Gutierrez
**BAKER & McKENZIE LLP**

By:_____
Peter J. Engstrom
Attorneys for Plaintiff
BIG LAGOON RANCHERIA

Dated: September 19, 2011

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
RANDALL A. PINAL
Deputy Attorney General

By:_____
Randall A. Pinal
Attorneys for Defendant
STATE OF CALIFORNIA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Claudia Wilken
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6632356.1

1

Case No. CV 09-1471 CW
STIP AND ORDER CONTINUING CMC