IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | No. C 09-1471 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING AND HEARING SCHEDULE |

On September 23, 2011, the court-appointed mediator filed an Order selecting the compact proposed by Plaintiff Big Lagoon Rancheria as the one, between the parties' two last best offers, that best comports with the terms of the Indian Gaming Regulatory Act (IGRA), other applicable Federal law and the prior findings and orders of this Court. Pursuant to 25 U.S.C. § 2710(d)(7)(B)(vi), Defendant State of California has sixty days from the date of the mediator's selection, or until November 22, 2011, to consent to the compact selected by the mediator.

The parties have represented to the Court that Defendant will not consent to the mediator-selected compact and that Defendant intends to renew its motion for a stay of proceedings in this case.

Accordingly, if Defendant does not consent to the mediator-selected compact by November 22, 2011, Defendant shall file its renewed motion for a stay of proceedings by November 23, 2011, and shall notice the motion for hearing on Thursday, January 5, 2012

at 2:00 p.m.  Plaintiff's opposition to Defendant's motion, if any, shall be filed fourteen days after the motion is filed. Defendant's reply, if any, shall be filed seven days thereafter.

The case management conference, previously set for Tuesday, November 15, 2011, is hereby continued to Thursday, January 5, 2012 at 2:00 p.m., to be held along with the hearing on the motion for a stay of proceedings.

IT IS SO ORDERED.

Dated: 11/14/2011

CLAUDIA WILKEN
United States District Judge