IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIG LAGOON RANCHERIA, a Federally Recognized Indian Tribe,

    Plaintiff,

  v.

STATE OF CALIFORNIA,

    Defendant.

_____/

No. C 09-1471 CW

JUDGMENT

For the reasons set forth in the Court's Order of November 22, 2010 granting Plaintiff's motion for summary judgment and denying Defendant's cross-motion for summary judgment,

IT IS ORDERED AND ADJUDGED

That judgment be entered in favor of Plaintiff Big Lagoon Rancheria against Defendant State of California on its claim that Defendant failed to negotiate with Plaintiff in good faith in violation of the Indian Gaming Regulatory Act (IGRA), 25 U.S.C. §§ 2701, et seq., for a tribal-state compact between the parties that would permit Plaintiff to conduct class III gaming,

That the Mediator shall inform the Secretary of the Interior of his selection of a compact, triggering the Secretary's duties under 25 U.S.C. § 2710(d)(7)(B)(vii), provided, however, that the Mediator shall stay notification of the Secretary of the Interior pending further order of this Court, and

That the parties shall notify this Court immediately when their cross-appeals of the Order of November 22, 2010 are final.

Dated: 2/1/2012

CLAUDIA WILKEN
United States District Judge